O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. WICKER, <br>         Petitioner, <br>   v. <br> ANTELOPE VALLEY PAROLE, <br>         Respondent. | Case No. CV 15-0286 PA (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

DATED: February 5, 2015

                                      HON. PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE

**JS-6**